U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

MEMO ENDORSED

December 4, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/05/2019
```

The Honorable Valerie E. Caproni
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Darius X. Johnson*, No. 19 Misc. 477 (VEC)

Dear Judge Caproni:

    This Office represents the United States of America (the "Government") in the above-referenced action. I write respectfully on behalf of both parties to request that the Court adjourn the Order to Show Cause ("OTSC") hearing scheduled for December 6, 2019, to a date after January 13, 2020, that is convenient to the Court. The respondent, Darius X. Johnson, requested that the Government consent to such an adjournment to allow him additional time to retain counsel to represent him in this matter (and the Government agreed to file this request on behalf of both parties in light of the fact that Mr. Johnson is currently *pro se*). Mr. Johnson and the Government have entered into an agreement to toll the relevant statute of limitations by 60 days, eliminating the prejudice to the Government that would result from delaying the OTSC hearing until January.

    We thank the Court for its consideration of this request.

Application GRANTED. The Order to Show Cause hearing is adjourned to **January 17, 2020 at 10:00 a.m.**

SO ORDERED.

*[signature: Valerie Caproni]*  12/05/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: s/Jennifer Jude
    JENNIFER JUDE
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Tel.:  (212) 637-2663
    Fax:  (212) 637-2686

cc (by email): Darius X. Johnson