**MEMO ENDORSED**

# SAPONE & PETRILLO, LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2020

| | |
|---|---|
| William S. Petrillo, Esq., Partner | Chase S. Ruddy, Esq., Senior Associate |
| Edward V. Sapone, Esq., Partner | Michael Vitaliano, Esq., Associate |
| **MANHATTAN** | **LONG ISLAND** |
| 1 Penn Plaza, Suite 5315 | 1103 Stewart Avenue, Suite 200 |
| New York, New York 10119 | Garden City, New York 11530 |
| Telephone: (212) 349-9000 | Telephone: (516) 678-2800 |
| Facsimile: (212) 349-9003 | Facsimile: (516) 977-1977 |
| E-mail: ed@saponepetrillo.com | E-mail: william@saponepetrillo.com |

January 15, 2019

Hon. Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

                Re:    *United States v. Darius Johnson*
                         Dkt. No.: 19-MC-477

Dear Judge Caproni:

      My firm has just been retained by Defendant Darius Johnson in the above-referenced action. I understand that the case is currently scheduled for this Friday, January 17, 2020.

      I write to seek a brief adjournment as I am on trial this week, and will be unable to appear on Friday. I have spoken with the government by AUSA Jennifer Jude, and the government has no objection to this request in light of the fact that my client has agreed to a further tolling of the relevant statute of limitations.

      The parties have conferred, and can be available on January 27, or any day convenient to the Court in the weeks beginning February 10 and February 17.

      The Court's consideration is greatly appreciated.

                                                         */s/ Edward V. Sapone*
                                                          Edward V. Sapone

cc:    AUSA Jennifer Jude, Esq.

> Application GRANTED. The hearing is adjourned to **February 14, 2020 at 10:00 a.m.**

SO ORDERED.

*[signature: Valerie Caproni]*   1/15/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE