

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2020

February 11, 2020

BY ECF
The Honorable Valerie E. Caproni
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:  *United States v. Darius X. Johnson*, No. 19 Misc. 477 (VEC)

Dear Judge Caproni:

      This Office represents the United States of America (the "Government") in the above-referenced IRS summons enforcement case.  I write respectfully on behalf of both parties to request an adjournment of the Order to Show Cause ("OTSC") hearing scheduled for February 14, 2020.  Counsel for the Government and counsel for the respondent recently began discussing a potential resolution of this case that could avoid the necessity of an OTSC hearing.  To allow additional time for the parties to work towards this end, the parties jointly request an adjournment of the OTSC hearing *sine die* and propose that they submit a joint status letter updating the Court on their negotiations and, if necessary, requesting a new hearing date, by no later than February 28, 2020.  This is the third request for an adjournment of this hearing and each of the previous two requests was granted.[1]  *See* Dkt. Nos. 10, 13.

      We thank the Court for its consideration of this request.

> Application GRANTED.  The order to show cause hearing is adjourned *sine die*.  The parties must submit a joint status letter **by February 28, 2020.**

SO ORDERED.

*[signature]*
2/12/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: s/Jennifer Jude
     JENNIFER JUDE
     Assistant United States Attorney
     Tel.:  (212) 637-2663
     Email: jennifer.jude@usdoj.gov

cc (by ECF):    Edward V. Sapone, counsel for respondent
cc (by E-mail):  Daniel F. Wachtell, counsel for respondent

---

[1] The first adjournment request was made for the purpose of giving respondent time to retain counsel to represent him in this matter, *see* Dkt. No. 9, and the second request was made because of a conflict with respondent's counsel's trial schedule, *see* Dkt. No. 12.